535 A.2d 919

Wiley Mark HILL

v.

STATE of Maryland.

No. 164, Sept. Term, 1987.

Court of Appeals of Maryland.

Jan. 13, 1988.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 13th day of January, 1988

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals of Maryland be, and it is hereby, vacated and the case remanded to that Court for consideration in light of *Brown v. State*, 311 Md. 426, 535 A.2d 485 (1988); costs to be paid by Anne Arundel County.